IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JAMES WRIGHT**                                                                                                **PLAINTIFF**
*ADC #142769*

v.                                             **CASE NO. 2:24-CV-00215-BSM**

**EVERETT LITZSEY,** *et al.*                                                                             **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Benecia B. Moore's recommended disposition [Doc. No. 7] is adopted; James Wright's complaint [Doc. No. 2] is dismissed without prejudice; and it is certified, pursuant to 28 United States Code section 1915(a)(3), that any *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 18th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE