IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JAMES WRIGHT**                                                                                       **PLAINTIFF**
*ADC #142769*

v.                                      **CASE NO. 2:24-CV-00215-BSM**

**EVERETT LITZSEY,** *et al.*                                                           **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 18th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE